# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

————

(302) 658-9200
(302) 658-3989 FAX

STEPHEN J. KRAFTSCHIK
(302) 351-9378
(302) 498-6233 FAX
skraftschik@mnat.com

April 29, 2016

The Honorable Christopher J. Burke                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:    *Integra LifeSciences Corp., et al. v. HyperBranch Medical Technology, Inc.*,
              C.A. No. 15-819 (LPS) (CJB)

Dear Judge Burke:

      Pursuant to the Court's Memorandum Order of April 20, 2016 (D.I. 147 at 23), the parties hereby attach their proposed redactions to the Memorandum Order as Exhibit A. HyperBranch requests redactions on pages 3 and 11 of the Memorandum Order, totaling approximately four lines of text. The information that HyperBranch seeks to redact is sensitive financial information concerning HyperBranch's revenues and profits. Disclosure of this financial information would work a "clearly defined and serious injury" to HyperBranch by disclosing HyperBranch's financial state to customers, possible competitors, and the public. *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994); *see also Mosaid Techs. Inc. v. LSI Corp.*, 878 F. Supp. 2d 503, 510 (D. Del. 2012) (finding that financial information is the "sort of material that courts have frequently redacted"). Plaintiffs do not oppose these redactions.

                     Respectfully,

                     */s/ Stephen J. Kraftschik*

                     Stephen J. Kraftschik (#5623)

SJK/gm
cc:     Clerk of the Court (by hand)
         Counsel of Record (by CM/ECF)
         10007120.1