## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INTEGRA LIFESCIENCES CORP., INTEGRA
LIFESCIENCES SALES LLC, CONFLUENT
SURGICAL, INC., AND INCEPT LLC,

       Plaintiffs,

      v.

HYPERBRANCH MEDICAL TECHNOLOGY,
INC.,

       Defendant.

C.A. No. 15-819-LPS-CJB

## PLAINTIFFS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR A NEW TRIAL

On June 8, 2018, the jury returned a verdict in favor of Defendant HyperBranch Medical Technology Inc. ("HyperBranch") and against Plaintiffs Integra LifeSciences Corp., Integra LifeSciences Sales LLC, Confluent Surgical, Inc. and Incept LLC (collectively "Plaintiffs") finding the asserted claims of U.S. Patent Nos. invalid and not infringed.

Pursuant to Fed. R. Civ. P. 50 and 59, Plaintiffs respectfully renew their motion for judgment as a matter of law that:

(1) the asserted claim of U.S. Patent No. 8,003,705 ("the '3'705 Patent") are entitled to a priority date of November 9, 2001;

(2) the asserted claims of the '3,705 Patent are valid (i.e., not anticipated nor obvious in view of Stockman '454 and not indefinite);

(3) Defendant HyperBranch Medical Tech. Inc. ("HyperBranch") is liable for direct and indirect infringement of the asserted claims of the '3,705 Patent;

(4) the asserted "predetermined thickness" claims (i.e., Claim 20 of U.S. Patent No. 7,009,034; Claims 8 and 23 of U.S. Patent No. 7,592,418; and Claim 4 of U.S. Patent No. 7,332,566) are entitled to a priority date of December 3,1999;

(5) the asserted predetermined thickness claim are valid (i.e., not obvious in view of Tse and Pathak 2000 and not lacking a written description); and

(6) HyperBranch is liable for direct and indirect infringement of each of the asserted predetermined thickness claims because on the record developed at trial.

The grounds for this motion are that no reasonable jury could conclude in HyperBranch's favor for any of those issues and the jury's verdict is not supported by any—let alone substantial—evidence.  Further, Plaintiffs request a new trial on damages as that issue was never decided by the jury.

In the alternative, pursuant to Fed. R. Civ. P. 59, Plaintiffs move for a new trial on the above issues on the basis that the jury's findings were against the clear weight of the evidence.

In support of their Renewed Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial, Plaintiffs are filing herewith their accompanying Opening Brief.  Plaintiffs respectfully request that the Court grant their Renewed Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial in the form of the Proposed Order filed herewith.

01:23384598.1

2

Dated:  July 6, 2018

*Of Counsel:*

Robert F. Altherr, Jr.
Christopher B. Roth
**BANNER & WITCOFF, LTD.**
1100 13th Street NW
Suite 1200
Washington, DC 20005
Telephone: (202) 824-3000

John P. Iwanicki
**BANNER & WITCOFF, LTD.**
28 State Street, Suite 1800
Boston, MA 02109
Telephone: (617) 720-9600

Jason S. Shull
**BANNER & WITCOFF, LTD.**
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

_____
Karen L. Pascale (#2903) [kpascale@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600

*Attorneys for Plaintiffs, Confluent Surgical, Inc.,*
*Integra LifeSciences Corporation, and Integra*
*LifeSciences Sales LLC*

01:23384598.1

3

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 6, 2018, I caused to be

electronically filed a true and correct copy of the foregoing document with the Clerk of the Court

using CM/ECF (which will send notification that such filing is available for viewing and

downloading to all registered counsel), and in addition caused true and correct copies of the

foregoing document to be served upon the following counsel of record by e-mail:

---

*For Defendant HyperBranch Medical Technology, Inc.:*

Thomas C. Grimm                            tgrimm@mnat.com
Jeremy A. Tigan                             jtigan@mnat.com
Stephen J. Kraftschik               skraftschik@mnat.com
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

COOLEY LLP                    zHyperBranchIntegra@cooley.com

Jonathan Graves
Stephen C. Crenshaw
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656

Adam Pivovar
Nicholas G. Lockhart
James P. Hughes
Naina Soni
Lisa Schwier
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

---

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
*Attorneys for Plaintiffs*

01:17776460.1